UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 13, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19MJ00209-AC-3 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| YESENIA LOPEZ, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __YESENIA LOPEZ__ , Case No. __2:19MJ00209-AC-3__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $50,000.00

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) __Pretrial conditions as stated on the record.__

*To be Released December 16, 2019 @ 9:00am to Pretrial Service*

Issued at __Sacramento, CA__ on __December 13, 2019__ at __2:00 pm__ .

By _____
Allison Claire
United States Magistrate Judge

Original - U.S. Marshal

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:19MJ00209-AC-3 |
| YESENIA LOPEZ | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____YESENIA LOPEZ_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ( ☒ ) to appear for court proceedings;
- ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
- ( ☐ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( x ) (2) This is an unsecured bond of $ 50,000.00 .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

   ( ☐ ) (a) $ _____ , in cash deposited with the court.

   ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

   _____
   _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)   all owners of the property securing this appearance bond are included on the bond;
(2)   the property is not subject to claims, except as described above; and
(3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 12/13/19

_____
*Defendant's signature*

Harold Brealy
_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                        2:19MJ00209-AC

    vs.

YESENIA LOPEZ

    Defendant.                      <u>THIRD PARTY CUSTODY</u>

_____/

Yesenia Lopez, defendant herein, is placed in the custody of:

Name:

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

Dated: December __13__, 2019

_____
CUSTODIAN

I agree to this third party custody arrangement.

Dated: December 13, 2019


DEFENDANT